**GOODMAN & ASSOCIATES**
Karen M. Goodman (SBN 117423)
3840 Watt Avenue, Building A
Sacramento, CA 95821
Telephone: (916) 643-0600
Facsimile: (916) 643-0605
E-mail: kgoodman@goodman-law.com
E-mail: atang@goodman-law.com

Attorneys for Plaintiff
JODELLE KIBBY

Mitchell F. Boomer (State Bar No. 121441
Janelle J. Sahouria (State Barn No. 253699)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, CA 94111
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: boomerm@jacksonlewis.com
E-mail: janelle.sahouria@jacksonlewis.com

Attorneys for Defendant
PEARSON EDUCATION, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODELLE KIBBY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PEARSON EDUCATION, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:17-cv-02535-JAM-GGH<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>State Complaint Filed: August 23, 2017<br>Removal Filed: December 1, 2017<br>Trial Date: None Set |

/ / /

/ / /

1

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal with Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: August 20, 2018　　　　　　　　　　GOODMAN & ASSOCIATES

　　　　　　　　　　　　　　　　By:　s/Karen M. Goodman
　　　　　　　　　　　　　　　　　　　Karen M. Goodman (SBN 117423)
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　JODELLE KIBBY

Dated: September 5, 2018　　　　　　　　JACKSON LEWIS P.C.

　　　　　　　　　　　　　　　　By:　s/Mitchell F. Boomer
　　　　　　　　　　　　　　　　　　　Mitchell F. Boomer (SBN 121441)
　　　　　　　　　　　　　　　　　　　Janelle J. Sahouria (SBN 253699)
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　PEARSON EDUCATION, INC.

## **ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

DATED: September 5, 2018

/s/ John A. Mendez_____

United States District Court Judge

3

Joint Stipulation and Order
for Dismissal with Prejudice                                                                    Case No. 2:17-cv-02535-JAM-GGH